LILLIAN PRESTON and LEO PRESTON, Respondents, v. JAMES M. CASH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. (*Inman* v. *Credit Discount Corporation*, 230 App. Div. 505; *Travelers Ins. Co.* v. *Chiarello Stevedoring Co., Inc.*, 236 id. 468; *Hull* v. *Cohen*, Id. 709.) All concur. (The order grants plaintiffs' application for leave to serve an amended complaint.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CLARA STENZEL, as Administratrix, etc., of JOHN A. STENZEL, Deceased, Respondent, v. GARTH M. BRODIE and RONALD E. ARMES, Defendants, and FRED MAIER, Doing Business as FREDDIE'S DOUGHNUT Co., Appellant.— Order reversed, without costs of this appeal to any party and motion granted, without costs. All concur, except Harris, J., who dissents and votes for affirmance. (The order denies a motion by defendant Maier to sever the action and for separate trial of issues as to him.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

BARBARA B. PARKER, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crosby, P. J., and McCurn, J., who dissent and vote for reversal and for granting the motion. (The order denies a motion to dismiss plaintiff's complaint.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [176 Misc. 985.]

GERALD McKINNEY, Respondent, v. C. I. T. CORPORATION, Appellant, and THE PAUL REVERE FIRE INSURANCE COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion of defendant C. I. T. Corporation to dismiss the second amended complaint.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HELEN SHIRLEY, Respondent, v. JOSEPH O. SHIRLEY, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies defendant's application to modify the judgment of divorce by reduction of the amount of alimony.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of MARY E. CRONIN for a Determination as to the Validity, Construction and Effect of Disposition of Property Contained in the Last Will and Testament of CORNELIUS CRONIN, Deceased.— Decree affirmed, without costs of this appeal to either party. All concur. (The decree construes a will.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.